IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-CR-2049-CJW |
| | ) | |
| vs. | ) | DEFENDANT'S |
| | ) | SENTENCING |
| AUSTIN KINGSBURY, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

_____

Defendant Austin Kingsbury states the following in regards to the sentencing hearing, scheduled for November 14, 2025, at 1:30 p.m.:

A. Witnesses

Defendant does not anticipate calling any witnesses.

B. Exhibits

    A. Kingsbury Army Discharge (relates to PSIR ¶ 58)

    B. FECR011073 Criminal Complaint

    C. FECR011073 Initial Appearance Order

    D. FECR011073 Docket

    E. FECR011073 Judgment and Sentence

    F. FECR011073 IDOC Discharge Notice

1

C. Issues

1. Defendant's objection to Paragraph 42/Motion for Downward Variance;

2. The appropriate sentence applying the factors set forth in 18 U.S.C. § 3553(a); and

3. Appropriate amounts for restitution and special assessments.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com
Attorney for Defendant
Austin Kingsbury

CERTIFICATE OF SERVICE

I certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Devra Hake, AUSA

    **By:** _____**/s/ Webb Wassmer**_____
    **Webb Wassmer**